IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____
_____ DIVISION

*(Write the District and Division, if any, of the court in which the complaint is filed.)*

Angelia Marie Pryor

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Seven Counties

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 3:21 CV 733 RGJ
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

FILED JS
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
21 DEC -8 PM 4:34

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Angelia
   Street Address: 143 Purcell Ave
   City and County: Bardstown, KY 40004
   State and Zip Code: 502-802-3599
   Telephone Number:
   E-mail Address: Bangelig@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: Seven Counties
   Job or Title (if known): N/A
   Street Address: 10401 Linn Station
   City and County: Louisville, KY 40223
   State and Zip Code: Jefferson County
   Telephone Number: 502
   E-mail Address (if known): Unknown

   Defendant No. 2
   Name: N/A
   Job or Title (if known):
   Street Address:
   City and County:

State and Zip Code  _____
Telephone Number  _____
E-mail Address  _____
(if known)

Defendant No. 3
    Name  N/A
    Job or Title  _____
    (if known)
    Street Address  _____
    City and County  _____
    State and Zip Code  _____
    Telephone Number  _____
    E-mail Address  _____
    (if known)

Defendant No. 4
    Name  N/A
    Job or Title  _____
    (if known)
    Street Address  _____
    City and County  _____
    State and Zip Code  _____
    Telephone Number  _____
    E-mail Address  _____
    (if known)

II.   **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____
_____
_____

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* **Anaelia M. Pryor**, is a citizen of the State of *(name)* **Kentucky**.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

4

I left 4/30/21 this job for mental health & suicidal, cognitive problems. Panic Attack, Sleep Problems

my supv said I was only at 10% ability to do my job 5/2018 when I returned from accident

She stood over me & cursed at me and I had 1st Panic attack

b. If the defendant is a corporation

The defendant, (name) __Seven Counties__, is incorporated under the laws of the State of (name) __KY__, and has its principal place of business in the State of (name) __KY__. Or is incorporated under the laws of (foreign nation) __US__, and has its principal place of business in (name) __Seven Counties__

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because (explain): __338,000 - Due to I was planning to retire from this employer or Social Services at age 65. Now I am not able to return to my profession due mental health + cognitive delays. I will not earn enough on disability__

I have not been able to work and fear will be on SSI

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Supervisor antagonized me even she know I was disabled and just went for productivity numbers

(1) I suffered concussion on job and turned to Post concussive syndrome per my Neurologist Jeffrey Frank I have had no fall recovery in 3 years and will not have in future. Damage is permanent from 9/2018 car accident. I had cognitive delay, memory loss my focus changed. I have trouble thinking and writing. I am college Grad 2009 from Campbellsville Univ - Cum laude but after accident can't think right depression, anxiety, panic attack, can't pass test for monthly tct on SOBO

*[Handwritten margin notes top:]* 3/1/2021 2nd Panic Attack No sleep 3 days S.I. am on meds since Nov 2018 + still on 2 9/3/2021

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*[Handwritten:]* I will never be the same and my job only cares that I could not produce work, not that I have disability and can't keep up. Also Depression and Anxiety and Panic attacks from 12/2018 and still going on. I had mental Break

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*[Handwritten right margin:]* I have memory loss confusion to fill out paperwork paperwork

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/8, 2021

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: Angelia Pryor

B. **For Attorneys**

Date of signing: _____, 20__.

*[Handwritten left margin, top to bottom:]* + therapy on my own 2/4/21 + have me up + wrote me up 2/4/21 + I did that they

*[Handwritten bottom:]* They did not offer accomodation ever than say go to EAP

6

Signature of Attorney _____NA_____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
Telephone Number _____
E-mail Address _____