IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____
_____ DIVISION

*(Write the District and Division, if any, of the court in which the complaint is filed.)*

FILED JS
JS DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
22 FEB 11 PM 3:39

Angelia
Angelia M. Pryor
143 Purcell Ave
Bardstown, KY 40004

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Seven Counties
10461 Linn Station Rd,
Louisville, KY 40223

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. __3:21-cv-733-RGJ__
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

***AMENDED COMPLAINT***

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Angelia M. Pryor
Street Address: 143 Purcell Ave
City and County: Bardstown, KY 40004
State and Zip Code: Nelson County
Telephone Number: 502-852-3599
E-mail Address: Bangelia@gmail.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Seven Counties
Job or Title (if known):
Street Address: 10401 Linn Station Rd
City and County: Louisville, KY 40223
State and Zip Code: Jefferson County
Telephone Number: 502-589-8600
E-mail Address (if known): Unknown

Defendant No. 2

Name:
Job or Title (if known):
Street Address:
City and County:

2

State and Zip Code  _____

Telephone Number  _____

E-mail Address  _____
(if known)

Defendant No. 3

Name  _____

Job or Title  _____
(if known)

Street Address  _____

City and County  _____

State and Zip Code  _____

Telephone Number  _____

E-mail Address  _____
(if known)

Defendant No. 4

Name  _____

Job or Title  _____
(if known)

Street Address  _____

City and County  _____

State and Zip Code  _____

Telephone Number  _____

E-mail Address  _____
(if known)

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

Name  Seven Counties

Street Address  10401 Linn Station Rd

City and County  Louisville, Jefferson

State and Zip Code  KY 40223

Telephone Number  502-589-8600

3

II. **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- [x] *(error)* Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

    *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

    *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- [x] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

    *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Other federal law *(specify the federal law)*: __unknown__

- [ ] Relevant state law *(specify, if known)*: __Unknown__

- [ ] Relevant city or county law *(specify, if known)*: __Unknown__

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

4

A.  The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☒ Other acts *(specify)*: Failure to

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.  It is my best recollection that the alleged discriminatory acts occurred on date(s) December 2018, March 2021

C.  I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☒ is/are not still committing these acts against me.

D.  Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race _____
- ☐ color _____
- ☐ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☐ age. My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
- ☒ disability or perceived disability *(specify disability)* depression, Anxiety, PTSD, TBI, Cognitive delays

E.  The facts of my case are as follows. Attach additional pages if needed. & Sleep Apnea

5

My employer through Supervisor Sandra Wyndham, repeatedly allowed my supervisor to discriminate against me by demanding productivity that I was not able to perform given my disabilities of depression, anxiety, PTSD, TBI, cognitive delays, and physical pain and sleep apnea

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

Con't → with facts

IV.  **Exhaustion of Federal Administrative Remedies**

  A.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

  _____

  B.  The Equal Employment Opportunity Commission *(check one)*:

  ☐ has not issued a Notice of Right to Sue letter.
  ☐ issued a Notice of Right to Sue letter, which I received on *(date)*
  _____.

  *(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

  C.  Only litigants alleging age discrimination must answer this question.

  Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

  ☐ 60 days or more have elapsed.
  ☐ less than 60 days have elapsed.

6

V.  **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$325,000 because I was planning to retire from this Job, but can no longer do the work I loved so much.

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2\11, 2022

Signature of Plaintiff   Angelia Pryor
Printed Name of Plaintiff   Angelia Pryor

7

B.  **For Attorneys**

Date of signing: 2/11, 2022 ~~error~~ (amp)

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Address  _____
Telephone Number  _____
E-mail Address  _____

(1)

On or about the month of September 2018, of no fault of my own, I was in the field working as a Case Manager and on my way to see a client when a van struck me head on causing me to suffer a concussion, and pain and injury to my back and neck. I was off from work for a few months, but had to return due to work comp's decision. Upon return, I told my supervisor Sandra Wyndham that I was having a great deal of difficulty with memory, focus, concentration. I had a concussion, problems with vision, pain in my neck and back, and that I was depressed. This was during the month of December 2018. Her direct words to me were "So you say!!" She proceeded to inform me of all the caseloads I needed to catch up on and when I wasn't able to keep up with the numbers and

productivity of clients she had given me, she stood over me yelling and cursing, Saying " I'm trying to help you do your damn job!"

I cried and had my first panic attack. I had to go on mental health meds and am still on them.

Sandra my supervisor continued to be demanding over the course of that week and would not leave my office Saying, I will Stay here until you calm down!" then said what do you need? And when I could not answer, she said, you don't know do you? And I said No!

3

I contacted HR, but they did not allow me to file a complaint against my supervisor. They said I thought you guys were working on a solution.

Because I was suffering from a concussion and was so dazed and confused, I did not know what to do or what to ask for.

My supervisor Sandra Wyndham and the district manager offered me a plan to transfer to a different office to make things better for me, but I liked my team and my location so I stayed. They gave me an office to help with the lights and sounds and distractions but I continued to suffer from all my disabilities and repeatedly told my supervisor that I was so overwhelmed with all the work and demands for keeping up and staying →

④

on track with my clients. I also developed a problem with writing and typing and was accomodated with a voice computer program to help with that but it could not type in all the programs so I stayed behind in my notes sometimes a week or two because I couldn't think fast enough. I also made a lot of mistakes and had so much trouble taking online required tests 5 times or more and was not in compliance. I repeatedly told my supervisor during the next two years January, February of 2019, I met with my supervisor and told her that I was depressed and having a lot of anxiety over not being able to perform on my job like before my injury and could not make the monthly quota of 25 clients. I told her she made me not want to try for the Quoate of bonus and she said, "then don't!"

→

But I did try with all my heart, but I could not keep up. During the course of three years, I never got wrote up for not keeping up. When I first came back in December 2018, my supervisor filled out paperwork for SIGna and wrote that I was only capable of doing 10% of my job. (I still have that form).

II.

It was not until February 2021 that my supervisor wrote me up for not keeping up my productivity and being behind in my notes. In the statement she told me to go to the EAP program if I needed help with mental health. I have been seeing a counselor with EAP since December 2018. She did not offer any suggestions for support for my mental health problems, was not supportive in any way, and was only interested in →

6

my productivity and not my health. I told my supervisor that I was in bad health, and that I was in no better shape mentally than the clients we served. She had so many opportunities to support or offer some help but did not.

The next major incident occured March 1, 2021.

During the month of february of 2021, my productivity was very low, and I was really behind in my notes. I had late appointments over the last weekend of february and was unable to complete my paperwork due to my legs swelling up, having a headache and feeling exausted from trying to keep up, but not being successful.

I decided to send my supervisor a "IM" message →

To try to explain, but she was not understanding and sent very intimidating messages demanding that I give an account of time needed off. I got very anxious and had the worst panic attack I had, had in front of my adult daughter Ashley Chambers. I hid in the bathroom and cried because I was embarrassed to let my daughter see me break down like this. She had never seen me have a panic attack and was crying as well.

In the days that followed, I could not sleep or eat due to anxiey and panic attacks. My therapist, psychiatrist and PCP agreed to take me off from work. I did not return until my last day 4/30/21 to pack my things. →

My DR's all agreed the the environment I was working in was making me really sick.

⑧

I have continued to have problems since. Have not been able to work due to anxiety and depression and have had to be hospitalized for depression.

I have trouble with memory and have sought an attorney to help me. I am waiting for my referred attorney to call me back. He is aware of this case and will help me.

I have contacted my neurologist Jeffrey Frank for and follow up appointment, but was not able to get in before this appeal was due.

Thank you, Angela Pryor